UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. FOOD AND DRUG ADMINISTRATION,<br><br>　　　　Defendant. | Civil Action No. 23-3171 (CRC) |

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND**

By and through undersigned counsel, Defendant respectfully moves to extend the deadline to respond to the Complaint in this matter by 30 days—i.e., until Wednesday, December 27, 2023. Plaintiff, through counsel, has graciously consented to the relief sought by this motion. The grounds for this motion are as follows.

Plaintiff filed this suit on October 23, 2023, and served the U.S. Attorney's Office on or about October 27, 2023. Plaintiff alleges Defendant is violating the Freedom of Information Act. Defendant's deadline to respond to the Complaint is currently Monday, November 27, 2023.

According to the Office's Civil Chief, who closely monitors the Office's incoming case volume, cases delegated to the U.S. Attorney's Office for handling in the recent past have approached or surpassed all-time monthly highs. For context, in first half of calendar year 2022, the U.S. Attorney's Office was served with a total of approximately 1,085 new cases. By comparison in all of 2017, the Office received 930 new cases—i.e., the Office now regularly receives vastly more cases in six months than it did annually not too long ago.

Cases received during the first six months of this calendar year are up even from 2022's staggering totals. During the first six months of 2023, the Office received approximately 1,184 new cases, or a nine-percent year-to-year increase over 2022. Unsurprisingly, while a portion of these new cases are handled by other Department litigating components, this continued surge in new case filings against the United States in this District has overwhelmed the Office's already swollen civil intake, triage, and assignment queues, delaying certain case assignments to Assistant U.S. Attorneys and initial coordination efforts with agency clients, including in this case.

While the undersigned has just recently been assigned to this matter, counsel has already reached-out to the relevant agency and intends to promptly gather information necessary for the defense of this action. That said, the undersigned requires a reasonable period of additional time to discuss this matter with the relevant agency, explore whether this case may be resolved without litigation, and if not, formulate Defendant's response to Plaintiff's Complaint. Accordingly, Defendant requests this extension of time.

Defendant proposes this extension in good faith and not for the purpose of delay. This is Defendant's first request for an extension in this matter. Granting the requested extension will not impact any other deadlines and will serve the interests of justice by affording government counsel a reasonable period of additional time to further discuss this matter with the relevant agency, gather necessary information, explore whether this case may be resolved without litigation, and if not, plan how to respond to Plaintiff's Complaint.

WHEREFORE, with Plaintiff's consent, Defendant respectfully requests that the deadline to respond to the Complaint be extended through and including Wednesday, December 27, 2023. A proposed order is enclosed herewith.

- 3 -

Date:   November 20, 2023        Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:      */s/ Sam Escher*
            SAM ESCHER, D.C. Bar #1655538
            Assistant United States Attorney
            601 D Street N.W.
            Washington, D.C. 20530
            (202) 252-2531
            Sam.Escher@usdoj.gov

*Counsel for United States of America*