UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. FOOD AND DRUG ADMINISTRATION,<br><br>    Defendant. | Civ. A. No. 23-3171 (CRC) |

## JOINT STATUS REPORT

Functional Government Initiative ("Plaintiff") and U.S. Food and Drug Administration ("Defendant" or "FDA") hereby file this joint status report.

This is a suit under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, involving six requests. On December 27, 2023, the Court ordered the parties to promptly confer and file a joint proposed schedule for briefing or disclosure by January 12, 2024. *See* Min. Order (Dec. 27, 2023). Rather than submit a joint proposed schedule for briefing or disclosure, the parties respectfully request that they be able to submit a joint status report every 60 days instead. Grounds for this request are below.

Defendant reports that for three of the requests – FDA FOIA tracking numbers 2023-7254, 2023-7255, and 2023-7256 – although the process for collecting responsive records has been initiated, the collection process is not complete, and the FDA does not yet know how many pages are responsive, how long the collection, review, and redaction process will take, or other relevant information to discern when and at what rate any productions can be made.

For two of the requests – FDA FOIA tracking numbers 2023-2628 and 2023-7257 – Defendant reports that the record collection process was initiated before this lawsuit was filed, and FDA anticipates that the collections of responsive records will be completed in the near future. For one of these two FOIA requests, the FDA estimates that the responsive pages it has collected span more than 30,000 pages, and would likely require at least 850-900 hours for review, redaction, and release. For the other of these two FOIA requests, FDA estimates that the responsive records span 2,400 pages.

For the remaining request – FDA FOIA tracking number 2023-7348 – FDA has collected responsive records from more than half of the custodians identified in the request and anticipates that it will be able to collect responsive records for the remaining custodians within the next month, barring unforeseen circumstances. The FDA does not yet know how many pages are responsive or have an estimate for how long they would take to review the pages, redact exempt information, and have the records ready to produce.

Thus, although the Court has ordered the parties to provide a joint proposed schedule for briefing or disclosure, the parties respectfully request that they instead be able to submit a joint status report every 60 days, updating the Court on the status of Plaintiff's requests. This would allow the parties to confer in good faith about Plaintiff's requests, including by discussing proposals to narrow or prioritize FDA's review of responsive records to permit expeditious review and disclosure. If the request is granted, the first joint status report would be due by Tuesday, March 12, 2024, and every 60 days thereafter.

\*   \*   \*

| | |
|---|---|
| Date:   January 12, 2024 | Respectfully submitted, |
| | |
| */s/ Jeremiah L. Morgan* | MATTHEW M. GRAVES, D.C. Bar # 481052 |
| Jeremiah L. Morgan | United States Attorney |
| (D.C. Bar No. 1012943) | |
| William J. Olson | BRIAN P. HUDAK |
| (D.C. Bar No. 233833) | Chief, Civil Division |
| William J. Olson, P.C. | |
| 370 Maple Avenue West, Suite 4 | By:      */s/ Sam Escher* |
| Vienna, VA 22180-5615 | SAM ESCHER, D.C. Bar # 1655538 |
| 703-356-5070 (telephone) | Assistant United States Attorney |
| 703-356-5085 (fax) | 601 D Street, N.W. |
| jmorgan@lawandfreedom.com | Washington, D.C. 20530 |
| | (202) 252-2531 |
| | Sam.Escher@usdoj.gov |
| *Counsel for Plaintiff* | |
| | *Counsel for United States of America* |