UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>    Plaintiff,<br><br>    v.<br><br>FOOD AND DRUG ADMINISTRATION,<br><br>    Defendant. | Civil Action No. 23-3171 (CRC) |

## JOINT STATUS REPORT

Pursuant to the Court's January 12, 2024, Minute Order, Functional Government Initiative ("Plaintiff") and the Food and Drug Administration ("FDA" or "Defendant"), through their respective counsel, respectfully submit this Joint Status Report for the above-captioned Freedom of Information Act ("FOIA") lawsuit. This matter involves six FOIA requests that Plaintiff submitted to FDA. Plaintiff filed the Complaint on October 23, 2023 (ECF No. 1) and Defendant filed its Answer on December 27, 2023 (ECF No. 4).

### THE STATUS OF PLAINTIFF'S FOIA REQUESTS

1.  Plaintiff submitted its first FOIA request on March 31, 2023. This FOIA request seeks records generated on or after December 19, 2022 by Dr. Robert Califf, the Commissioner of Food and Drugs, and Dr. Brian King, the Director of the Center for Tobacco Products, that relate to a report from the Reagan-Udall Foundation entitled *Operational Evaluation of Certain Components of FDA's Tobacco Program*.[1] *See* Ex. A, Pl.'s First FOIA Request (ECF No. 1-2) at 1-8.

---

[1]  Lauren Silvis, Jane Axelrad, Keith Flanagan, Charlene Frizzera, & Alberto Gutierrez, *Operational Evaluation of Certain Components of FDA's Tobacco Program*, Reagan-Udall

1

2. In response to Plaintiff's first FOIA request, FDA conducted a search for call logs and text messages generated on or after December 19, 2022, by Dr. Califf and Dr. King that relate to the above-referenced report. FDA collected 153 call logs and 33 text messages from Dr. Califf's mobile device and 286 call logs and 9 text messages from Dr. King's mobile device. Because Dr. Califf is named as a custodian in Plaintiff's first and second FOIA requests, the call logs and text messages FDA collected may be responsive to one, both, or neither of these requests. The parties are currently in the process of negotiating search terms so FDA can apply those terms to the aforementioned records. The parties are also in the process of establishing parameters for additional searches for records (e.g., emails) that may be responsive to Plaintiff's first FOIA request.

3. Plaintiff submitted its second through sixth FOIA requests on August 19, 2023. Plaintiff's second FOIA request seeks records generated on or after November 15, 2022 by Dr. Robert Califf, the Commissioner of Food and Drugs, Dr. Janet Woodcock, former Principal Deputy Commissioner of Food and Drugs, and Ms. Heidi Rebello, Deputy Associate Commissioner of External Affairs, that relate to a report from the Reagan-Udall Foundation entitled *Operational Evaluation of the FDA Human Foods Program*.[2] *See* Ex. D, Pl.'s Second FOIA Request (ECF No. 1-2) at 15-23.

4. In response to Plaintiff's second FOIA request, FDA conducted a search for call logs and text messages generated on or after November 15, 2022, by Dr. Califf, Dr. Woodcock,

---

Foundation (last visited July 5, 2024), https://reaganudall.org/operational-evaluation-fdas-tobacco-program.

[2] Jane Henney, Francisco Diez-Gonzalez, James Jones, Barbara Kowalcyk, Shiriki Kumanyika, & John Taylor, *Operational Evaluation of the FDA Human Foods Program*, Reagan-Udall Foundation (last visited July 5, 2024), https://reaganudall.org/operational-evaluation-fdas-human-foods-programs.

2

and Ms. Rebello that relate to the above-referenced report. FDA collected 156 call logs and 33 text messages from Dr. Califf's mobile device, 350 call logs and 57 text messages from Dr. Woodcock's mobile device, and 194 call logs and 68 text messages from Ms. Rebello's mobile device. Because Dr. Califf is named as a custodian in Plaintiff's first and second FOIA requests, the call logs and text messages FDA collected may be responsive to one, both, or neither of these requests. The parties are currently in the process of negotiating search terms so FDA can apply those terms to the aforementioned records. The parties are also in the process of establishing parameters for additional searches for records (e.g., emails) that may be responsive to Plaintiff's second FOIA request.

5. Plaintiff's third FOIA request seeks records generated on or after November 15, 2022, by Dr. Susan Mayne, former Director of the Center for Food Safety and Applied Nutrition, Dr. Steven Musser, Deputy Director of Scientific Operations for the Center for Food Safety and Applied Nutrition, and Mr. Douglas Stearn, Deputy Associate Commissioner for Regulatory Affairs, that relate to the Reagan-Udall Foundation's report on FDA's Human Foods Program. *See* Ex. F, Pl.'s Third FOIA Request (ECF No. 1-2) at 27-35.

6. In response to Plaintiff's third FOIA request, FDA conducted a search for call logs and text messages generated on or after November 15, 2022, by Dr. Mayne, Dr. Musser, and Mr. Stearn. FDA collected 203 call logs and 35 text messages from Dr. Mayne's mobile device, 0 call logs and 301 text messages from Dr. Musser's mobile device, and 244 call logs and 29 text messages from Mr. Stearn's mobile device. The parties are currently in the process of negotiating search terms so FDA can apply those terms to the aforementioned records. The parties are also in the process of establishing parameters for additional searches for records (e.g., emails) that may be responsive to Plaintiff's third FOIA request.

7. Plaintiff's fourth FOIA request seeks records generated on or after November 15, 2022, by Ms. Suzanne Roosen, Acting Director of the Office of Food Policy and Response, Mr. Frank Yiannas, former Deputy Commissioner of the Office of Food Policy and Response, and anyone else who led the Office of Food Policy and Response during the aforementioned timeframe, that relate to the Reagan-Udall Foundation's report on FDA's Human Foods Program. *See* Ex. H, Pl.'s Fourth FOIA Request (ECF No. 1-2) at 39-47.

8. In response to Plaintiff's fourth FOIA request, FDA conducted a search for call logs and text messages generated on or after November 15, 2022, by Ms. Roosen, Mr. Yiannas, and other potential custodians. FDA collected 329 call logs and 40 text messages from Ms. Roosen's mobile device and 142 call logs and 16 text messages from Mr. Yiannas' mobile device. The parties are currently in the process of negotiating search terms so FDA can apply those terms to the aforementioned records. The parties are also in the process of establishing parameters for additional searches for records (e.g., emails) that may be responsive to Plaintiff's fourth FOIA request.

9. Plaintiff's fifth FOIA request seeks records generated on or after November 15, 2022, by Tracey Forfa, Director of the Center for Veterinary Medicine, Dr. William Flynn, Deputy Director of the Center for Veterinary Medicine, and Siobhan Delancey, a communications specialist within the Office of Foods and Veterinary Medicine, that relate to the Reagan-Udall Foundation's report on FDA's Human Foods Program. *See* Ex. J, Pl.'s Fifth FOIA Request (ECF No. 1-2) at 51-59.

10. In response to Plaintiff's fifth FOIA request, FDA conducted a search for call logs and text messages generated on or after November 15, 2022, by Ms. Forfa, Dr. Flynn, and Ms. Delancey. FDA collected 273 call logs and 59 text messages from Ms. Forfa's mobile device, 146

call logs and 16 text messages from Dr. Flynn's mobile device, and 444 call logs and 0 text messages from Ms. Delancey's mobile device. The parties are currently in the process of negotiating search terms so FDA can apply those terms to the aforementioned records. The parties are also in the process of establishing parameters for additional searches for records (e.g., emails) that may be responsive to Plaintiff's fifth FOIA request.

11. Plaintiff's sixth FOIA request seeks the contact lists from the government-issued mobile devices of the following custodians: Dr. Robert Califf, Commissioner of Food and Drugs; Ms. Julia Tierney, former Chief of Staff of the agency and Deputy Director of Strategy, Policy, and Legislation at the Center for Biologics Evaluation and Research; Dr. Patrizia Cavazzoni, Director of the Center for Drug Evaluation and Research; Dr. Susan Mayne, former Director of the Center for Food Safety and Applied Nutrition; Dr. Brian King, Director of the Center for Tobacco Products; Ms. Michele Mital, Deputy Director of the Center for Tobacco Products; Mr. Thinh Nguyen, Acting Director of the Office of Clinical Policy and Programs; Ms. Suzanne Roosen, Acting Director of the Office of Food Policy and Response; Ms. Erica Jefferson, Associate Commissioner of the Office of External Affairs; Dr. Richardae Araojo, Director of the Office of Minority Health and Health Equity; Ms. Andi Lipstein Fristedt, Deputy Commissioner of the Office of Policy, Legislation, and International Affairs; Ms. Carol Cave, Acting Associate Commissioner of the Office of Regulatory Affairs; Dr. Kaveeta Vasisht, Associate Commissioner of the Office of Women's Health, and Ms. Tracey Forfa, Director of the Center for Veterinary Medicine. *See* Ex. L, Pl.'s Sixth FOIA Request (ECF No. 1-2) at 63-71.

12. In response to Plaintiff's sixth FOIA request, FDA searched for and collected contact lists from all of the aforementioned custodians' government-issued mobile devices. FDA is currently in the process of reviewing these records for responsiveness and releasability and will

disclose all non-exempt, responsive information to Plaintiff once these reviews have been completed.

13. Consistent with Court's January 12, 2024, Minute Order, the parties will file another joint status report by Friday, November 8, 2024, to update the Court on the foregoing items.

Date:   September 9, 2024
        Washington, DC

Respectfully submitted,

*/s/ Jeremiah L. Morgan*
Jeremiah L. Morgan (D.C. Bar No. 1012943)
William J. Olson (D.C. Bar No. 233833)
William J. Olson, P.C.
370 Maple Avenue, West, Suite 4
Vienna, VA 22180-5615
(703) 356-5070 (telephone)
(703) 356-5085 (fax)
jmorgan@lawandfreedom.com

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:     */s/ Sam Escher*
        SAM ESCHER, D.C. Bar #1655538
        Assistant United States Attorney
        601 D Street, NW
        Washington, DC 20530
        (202) 252-2531
        Sam.Escher@usdoj.gov

*Attorneys for the United States of America*