UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>      Plaintiff,<br><br>v.<br><br>FOOD AND DRUG ADMINISTRATION,<br><br>      Defendant. | Civil Action No. 23-3171 (CRC) |

## JOINT STATUS REPORT

Pursuant to the Court's March 13, 2025, Minute Order, Functional Government Initiative ("Plaintiff") and the Food and Drug Administration ("FDA" or "Defendant"), through their respective counsel, respectfully submit this Joint Status Report for the above-captioned Freedom of Information Act ("FOIA") lawsuit. This matter involves six FOIA requests that Plaintiff submitted to FDA. Plaintiff filed the Complaint on October 23, 2023 (ECF No. 1) and Defendant filed its Answer on December 27, 2023 (ECF No. 4).

### THE STATUS OF PLAINTIFF'S FOIA REQUESTS

1.    Plaintiff submitted its first FOIA request on March 31, 2023. This FOIA request seeks records generated on or after December 19, 2022, by Dr. Robert Califf, then Commissioner of Food and Drugs, and Dr. Brian King, then Director of the Center for Tobacco Products, that relate to a report from the Reagan-Udall Foundation entitled *Operational Evaluation of Certain Components of FDA's Tobacco Program*.[1] *See* Ex. A, Pl.'s First FOIA Request (ECF No. 1-2) at 1-8.

---

[1]    Lauren Silvis, Jane Axelrad, Keith Flanagan, Charlene Frizzera, & Alberto Gutierrez, *Operational Evaluation of Certain Components of FDA's Tobacco Program*, Reagan-Udall

2.      On June 30, 2025, FDA produced 1,154 pages of email records responsive to Plaintiff's first FOIA request for custodian Dr. Brian King and notified Plaintiff that no responsive text messages were located for this custodian. As previously reported (May 12, 2025 JSR ¶ 4, ECF No. 15), on May 7, 2025, the parties met and agreed to forgo processing and production of call logs for this request. On May 7, 2025, the parties also agreed to narrowed search terms to apply to the records previously collected, but not yet processed, for this request. FDA is now in the process of applying the narrowed search terms to those records. FDA will disclose all non-exempt, responsive records to Plaintiff after FDA completes its reviews for responsiveness and releasability.

3.      Plaintiff submitted its second through sixth FOIA requests on August 19, 2023. Plaintiff's second FOIA request seeks records generated on or after November 15, 2022 by Dr. Robert Califf, former Commissioner of Food and Drugs, Dr. Janet Woodcock, former Principal Deputy Commissioner of Food and Drugs, and Ms. Heidi Rebello, then Acting Associate Commissioner of External Affairs, that relate to a report from the Reagan-Udall Foundation entitled *Operational Evaluation of the FDA Human Foods Program*.[2] *See* Ex. D, Pl.'s Second FOIA Request (ECF No. 1-2) at 15-23.

4.      Plaintiff's third FOIA request (2023-7255) seeks records generated on or after November 15, 2022, by Dr. Susan Mayne, former Director of the Center for Food Safety and

---

Foundation (last visited Mar. 11, 2025), https://reaganudall.org/operational-evaluation-fdas-tobacco-program.

[2]      Jane Henney, Francisco Diez-Gonzalez, James Jones, Barbara Kowalcyk, Shiriki Kumanyika, & John Taylor, *Operational Evaluation of the FDA Human Foods Program*, Reagan-Udall Foundation (last visited Mar. 11, 2025), https://reaganudall.org/operational-evaluation-fdas-human-foods-programs.

Applied Nutrition,[3] Dr. Steven Musser, Deputy Director of Scientific Operations for the Center for Food Safety and Applied Nutrition, and Mr. Douglas Stearn, Deputy Associate Commissioner for Regulatory Affairs, that relate to the Reagan-Udall Foundation's report on FDA's Human Foods Program. *See* Ex. F, Pl.'s Third FOIA Request (ECF No. 1-2) at 27-35.

5.      Plaintiff's fourth FOIA request (2023-7256) seeks records generated on or after November 15, 2022, by Ms. Suzanne Roosen, then Acting Director of the Office of Food Policy and Response, Mr. Frank Yiannas, former Deputy Commissioner of the Office of Food Policy and Response, and anyone else who led the Office of Food Policy and Response during the aforementioned timeframe, that relate to the Reagan-Udall Foundation's report on FDA's Human Foods Program. *See* Ex. H, Pl.'s Fourth FOIA Request (ECF No. 1-2) at 39-47.

6.      Plaintiff's fifth FOIA request (2023-7257) seeks records generated on or after November 15, 2022, by Tracey Forfa, Director of the Center for Veterinary Medicine, Dr. William Flynn, Deputy Director of the Center for Veterinary Medicine, and Siobhan Delancey, a former communications specialist within the Office of Foods and Veterinary Medicine, that relate to the Reagan-Udall Foundation's report on FDA's Human Foods Program. *See* Ex. J, Pl.'s Fifth FOIA Request (ECF No. 1-2) at 51-59.

7.      On May 7, 2025, the parties met and agreed to forgo processing and production of call logs for Plaintiff's second through fifth FOIA requests. On May 7, 2025, the parties also agreed to narrowed search terms to apply to the records previously collected, but not yet processed, for

---

[3]      On October 1, 2024, FDA implemented a reorganization plan. Among other changes, the plan created the Human Foods Program (eliminating the Center for Food Safety and Applied Nutrition) and the Office of Inspections and Investigations (formerly the Office of Regulatory Affairs). Food & Drug Admin, *FDA Modernization Efforts for Establishing a Unified Human Foods Program, New Model for Field Operations and More* (last visited May 12, 2025), https://www.fda.gov/about-fda/fda-organization/fda-modernization-efforts-establishing-unified-human-foods-program-new-model-field-operations-and.

these requests. FDA is now in the process of applying the narrowed search terms to those records. FDA is also in the process of conducting a search for responsive emails using the same search terms. FDA will disclose all non-exempt, responsive records to Plaintiff after FDA completes its reviews for responsiveness and releasability.

8.      Plaintiff's sixth FOIA request (2023-7348) seeks the contact lists from the government-issued mobile devices of the following custodians: Dr. Robert Califf, former Commissioner of Food and Drugs; Ms. Julia Tierney, former Chief of Staff of the agency and Deputy Director of Strategy, Policy, and Legislation at the Center for Biologics Evaluation and Research; Dr. Patrizia Cavazzoni, former Director of the Center for Drug Evaluation and Research; Dr. Susan Mayne, former Director of the Center for Food Safety and Applied Nutrition; Dr. Brian King, former Director of the Center for Tobacco Products; Ms. Michele Mital, Deputy Director of the Center for Tobacco Products; Mr. Thinh Nguyen, former Acting Director of the Office of Clinical Policy and Programs; Ms. Suzanne Roosen, former Acting Director of the Office of Food Policy and Response; Ms. Erica Jefferson, former Associate Commissioner of the Office of External Affairs; Dr. Richardae Araojo, former Director of the Office of Minority Health and Health Equity; Ms. Andi Lipstein Fristedt, former Deputy Commissioner of the Office of Policy, Legislation, and International Affairs; Ms. Carol Cave, former Acting Associate Commissioner of the Office of Regulatory Affairs[4]; Dr. Kaveeta Vasisht, Associate Commissioner of the Office of Women's Health, and Ms. Tracey Forfa, Director of the Center for Veterinary Medicine. *See* Ex. L, Pl.'s Sixth FOIA Request (ECF No. 1-2) at 63-71.

9.      In response to Plaintiff's sixth FOIA request, FDA searched for and collected contact lists from all of the aforementioned custodians' government-issued mobile devices. FDA

---

[4]      The Office of Regulatory Affairs is now the Office of Inspections and Investigations. *See id.*

produced the contact list of custodian Tracey Forfa on February 28, 2025. FDA is currently in the process of reviewing the remaining records for responsiveness and releasability and will disclose all non-exempt, responsive information to Plaintiff once these reviews have been completed.

### ESTIMATED DATE OF COMPLETION

10.    In the March 11, 2025, Joint Status Report, ECF No. 14, the parties estimated that the FOIA requests at issue in this case could be resolved by approximately December 11, 2025. That projected date of completion was an estimate based on FDA's then-current processing capacity and the parties' understanding of the scope of the requests.

11.    Consistent with Court's January 12, 2024, Minute Order, the parties will file another joint status report by Tuesday, September 9, 2025, to update the Court on the foregoing items, including any necessary updates to the estimated date of completion.


Date:   July 10, 2025

*/s/ Jeremiah L. Morgan*
Jeremiah L. Morgan (D.C. Bar No. 1012943)
William J. Olson (D.C. Bar No. 233833)
William J. Olson, P.C.
370 Maple Avenue, West, Suite 4
Vienna, VA 22180-5615
(703) 356-5070 (telephone)
(703) 356-5085 (fax)
jmorgan@lawandfreedom.com

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:      */s/ Sam Escher*
SAM ESCHER, D.C. Bar #1655538
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2531
Sam.Escher@usdoj.gov

*Attorneys for the United States of America*